Israel Goldberg, Esq. (IG9319)
Steven A. Weg, Esq. (SW6461)
GOLDBERG & RIMBERG PLLC
115 Broadway – 3rd Floor
New York, New York 10006
(212) 697-3250
saw@grlawpllc.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GROSS FOUNDATION, INC., | Docket No.: 12-cv-01496 (ILG)(RER) |
| Plaintiff, | |
| -against- | Judge I. Leo Glasser |
| SOLOMON GOLDNER, | |
| Defendant. | |

## DECLARATION OF STEVEN A. WEG

Steven A. Weg declares under penalties of perjury that the following is true and correct:

1. I am an associate at Goldberg & Rimberg, PLLC, attorneys for plaintiff Gross Foundation, Inc. I am fully familiar with the facts set forth herein.

2. Annexed as **Exhibit A** are the Affidavits of Service of process on defendant Solomon Goldner in the instant action, which Affidavits of Service are found on the Docket as entry number 2.

3. Annexed as **Exhibit B** is the Docket as of the date herein.

4. Annexed as **Exhibit C** is the Utah business entity information for "Ivy at Arma, Ltd."

5. Annexed as **Exhibit D** is the Utah business entity information for "Infinia Properties of Abilene, LLC."

6. Annexed as **Exhibit E** is the Utah business entity information for "Infinia at Arma, Inc."

7. Annexed as **Exhibit F** is the Utah business entity information for "Infinia at Abilene, Inc.

8. Annexed as **Exhibit G** is the general bankruptcy search results for "ivy at arma."

9. Annexed as **Exhibit H** is the general bankruptcy search results for "infinia properties."

10. Annexed as **Exhibit I** is the first page of the docket sheet in the bankruptcy case entitled *In re: Infinia at Willmar, Inc.*

Dated:    New York, New York
          June 19, 2012

_____
Steven A. Weg