UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------- x

Gross Foundation, Inc., : Case No. 12-cv-01496 (ILG) (RER)

             Plaintiff, : ECF Case

v. : Judge I. Leo Glasser

Solomon Goldner, : **DECLARATION OF SOLOMON GOLDNER**
             Defendant. : **IN SUPPORT OF REPLY**

----------------------------------- 

I, SOLOMON GOLDNER, pursuant to 28 U.S.C. §1746, state the following under penalty of perjury:

1. Annexed hereto as Exhibit "A" is a copy of a draft Purchase Option and Right of First Refusal Agreement between the Gross Foundation, Inc., on the one hand, and Ivy at Arma, Ltd., a Utah limited partnership, and Infinia Properties of Abilene, LLC, a Kansas limited liability company, on the other.

2. Annexed hereto as Exhibit "B" is a copy of a draft Lease and Security Agreement between Gross Foundation, Inc. and Infinia at Arma, Inc.

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated:     June 29, 2012
             New York, New York

                                                                   _____
                                                                   SOLOMON GOLDNER